IN THE COMMONWEALTH COURT OF PENNSYLVANIA

David Crocker,                                    :
                              Petitioner          :
                                                  :
        v.                                        :
                                                  :
Workers' Compensation Appeal Board                :
(Dixie Consumer Products, LLC),                   :
                              Respondent  :        No. 803 C.D. 2015

# **O R D E R**

NOW, April 12, 2016, upon consideration of petitioner's application for reconsideration and respondent's answer in response thereto, the application is denied.

MARY HANNAH LEAVITT,
President Judge